AMDYCO CORPORATION, Respondent, *v.* NATIONAL FOAM SYSTEM, INC., Appellant.

Argued January 18, 1939; decided February 21, 1939.

*Roy H. Callahan* for appellant.

*Gerhard R. Gerhard* and *T. F. Davies Haines* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.